AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| BEHAVIOR ANALYSTS, INC., a California corporation,<br><br>*Plaintiff(s)*<br><br>v.<br><br>CENTRALREACH LLC; and PAQUETTE, GREGORY an individual;<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* CENTRALREACH LLC
2708 NE 14TH ST, #5
POMPANO BEACH, FL 33062

PAQUETTE, GREGORY
Applied Behavioral Learning Services
109 Oak Street, Ground Level, Newton, MA 02046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Katherine F. Wenger
Brown, Gee & Wenger LLP
200 Pringle Avenue, Suite 400
Walnut Creek, CA 94596

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 02/08/2017 _____

*Signature of Clerk or Deputy Clerk*